Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 3:14-cv-03923-MMC** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **v.** | |
| **JOEANN ELIZABETH PEPPERELL, et al.,** | |
| **Defendants.** | |

TO THE HONORABLE MAXINE M. CHESNEY, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Friday, December 5, 2014 at 10:30 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Joeann Elizabeth Pepperell, individually and d/b/a Funky Monkey; and Babydot, Inc., an unknown business entity d/b/a Funky Monkey.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

In addition, Thomas P. Riley, Plaintiff's counsel in this action, has calendaring conflicts on Friday, December 5, 2014 as Mr. Riley is scheduled to personally appear before Mediator Gail Killefer, ADR Program Director of the U.S.D.C. for the Central District of California, Western Division in the matter of *J & J Sports Productions, Inc. v. Lim, et al.,;* Case No. 2:13-cv-8949-WDK-PLA for a mediation at 9:00 AM that very same day (ECF# 12); and for a telephonic settlement disposition conference before Honorable Karen S. Crawford of the U.S.D.C. for the Southern District of California, San Diego Division in the matter of *J & J Sports Productions, Inc. v. Buenrostro, et al.,;* Case No. 3:13-cv-02104-CAB-KSC at 10:00 A.M. that same day (ECF# 20); and for a case management conference before Honorable Samuel Conti of the U.S.D.C. for the Northern District of California, San Francisco Division in the matter of *J & J Sports Productions, Inc. v. Urias*; Case No. 3:14-cv-03941-SC at 10:00 A.M. that same day (ECF# 5)[1]; and for mediation before Mediator Gail Killefer, ADR Program Director of the U.S.D.C. for the Central District of California, Western Division in the matter of *J&J Sports Productions, Inc. v. Jaculito Lopez, Inc.*; Case No. 2:13-cv-08877-WDK-PLA at 11:00 AM that same day (ECF# 16); and for mediation before Mediator Gail Killefer, ADR Program Director of the U.S.D.C. for the Central District of California, Western Division in the matter of *J & J Sports Productions, Inc. v. Gebreyesus, et al.,;* Case No. 2:13-cv-09087-WDK-PLA at 12:00 PM that same day (ECF# 15); and for mediation before Mediator Gail Killefer, ADR Program Director of the U.S.D.C. for the Central District of California, Western Division in the matter of *J&J Sports Productions, Inc. v. Vasquez, et al.,;* Case No. 5:13-cv-00807-WDK-PLA at 1:00 PM that same day (ECF# 22); and for mediation before Mediator Gail Killefer, ADR Program Director of the U.S.D.C. for the Central District of California, Western Division in the matter of *J & J Sports Productions, Inc. v. Jimenez,*; Case No. 2:13-cv-08860-WDK-PLA at 2:00 PM that same day (ECF# 14) as well.

///
///
///
///

---

[1] Plaintiff's counsel will be requesting a rescheduling of this particular matter in view of the seven (7) other proceedings (as set forth above) on calendar that same day.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:14-cv-03923-MMC**

1
2

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Friday, December 5, 2014 at 10:30 AM.

3
4
5

Respectfully submitted,

6
7
8
9

Dated: November 25, 2014

10
11

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

## ORDER ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 3:14-cv-03923-MMC styled *J & J Sports Productions, Inc. v. Pepperell, et al.,* is hereby continued from 10:30 AM, Friday, December 5, 2014 to  10:30 AM, Friday, January 23, 2015.

.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


**THE HONORABLE MAXINE M. CHESNEY**                    Dated: November 25, 2014
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///
///
///