United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOEANN ELIZABETH PEPPERELL,<br>individually and dba FUNKEY MONKEY and<br>BABY DOT, INC., an unknown business<br>entity dba FUNKY MONKEY,<br><br>　　　　Defendants.<br>_____/ | No. C 14-3923 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On January 5, 2015, defendant Joeann Elizabeth Pepperell ("Pepperell") electronically filed a document titled "Answer to Complaint and Demand for Jury." Pepperell has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Pepperell is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Pepperell is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed

document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 8, 2015

MAXINE M. CHESNEY
United States District Judge