1 | **Thomas P. Riley, SBN 194706**
  | **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 | **First Library Square**
  | **1114 Fremont Avenue**
3 | **South Pasadena, CA 91030-3227**

4 | **Tel:  626-799-9797**
  | **Fax:  626-799-9795**
5 | **TPRLAW@att.net**

6 | **Attorneys for Plaintiff**
  | **J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:14-cv-03923-MMC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** (~~Proposed~~) GRANTING MOTION TO APPEAR BY TELEPHONE; DIRECTIONS TO PARTIES |
| JOEANN ELIZABETH PEPPERELL, et al., | |
| Defendants. | |

**ORDER** (~~Proposed~~)

It is hereby ordered that ~~Thomas P. Riley, Plaintiff's lead trial~~ counsel ^for all parties^ in civil action number 3:14-cv-03923-MMC styled *J & J Sports Productions, Inc. v. Pepperell, et al.,* ~~is hereby granted permission to~~ ^shall^ appear telephonically at the Case Management Conference scheduled for Friday, January 23, 2015 at 10:30 A.M.

~~Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.~~

**IT IS SO ORDERED**:

*[Signature: Maxine M. Chesney]*     Dated: January 20, 2015

**THE HONORABLE MAXINE M. CHESNEY**
**United States District Court**
**Northern District of California**