IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C-14-3923 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; DEEMING MOTION FOR SUMMARY JUDGMENT WITHDRAWN** |
| v. | |
| JOEANN ELIZABETH PEPPERELL, et al., | |
| Defendants. | |

The Court having been advised that the parties have reached a settlement of the above-titled action (see Notice of Settlement, filed October 19, 2015), the Case Management Conference currently scheduled for October 30, 2015, is hereby VACATED and the Motion for Summary Judgment, filed October 9, 2015, is hereby deemed WITHDRAWN.

**IT IS SO ORDERED.**

Dated: October 26, 2015

MAXINE M. CHESNEY
United States District Judge