Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
«Client»

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOEANN ELIZABETH PEPPERELL, ET AL.,**<br><br>Defendants. | **CASE NO. 3:14-cv-03923-MMC**<br><br>ORDER APPROVING<br>**FIRST AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOEANN ELIZABETH PEPPERELL, individually and d/b/a FUNKY MONKEY; and BABYDOT, INC., an unknown business entity d/b/a FUNKY MONKEY** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOEANN ELIZABETH PEPPERELL, individually and d/b/a FUNKY MONKEY; and BABYDOT, INC., an unknown business entity d/b/a FUNKY MONKEY**,** that the above-entitled action is hereby dismissed **without prejudice** against JOEANN ELIZABETH PEPPERELL, individually and d/b/a FUNKY MONKEY; and BABYDOT, INC., an unknown business entity d/b/a FUNKY MONKEY.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 31, 2016, the dismissal shall be deemed to be **with prejudice**.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  December 4, 2015             *s/Thomas P. Riley*
                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                     By:  Thomas P. Riley
                                     Attorneys for Plaintiff
                                     J & J SPORTS PRODUCTIONS, INC.

Dated:  December 4, 2015             *s/Wallace C. Doolittle*
                                     **LAW OFFICES OF WALLACE CHARLES DOOLITTLE**
                                     By: Wallace Charles Doolittle
                                     Attorneys for Defendants
                                     JOEANN ELIZABETH PEPPERELL, individually and d/b/a FUNKY MONKEY; and BABYDOT, INC., an unknown business entity d/b/a FUNKY MONKEY

**IT IS SO ORDERED**:


_____             Dated: December 7, 2015
**The Honorable Maxine M. Chesney**
**United States District Court**
**Northern District of California**